# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

ALAN DARYL BISHOP            )
                             )
    Plaintiff,               )
                             )     No. 07-1122
v.                           )
                             )
UNITED STATES GOVERNMENT     )
                             )
    Defendant.               )

## **O P I N I O N   A N D   O R D E R**

Before the Court is Plaintiff's Application to Proceed in Forma Pauperis on a Complaint filed against "the United States Government." [Doc. 1.]  Plaintiff alleges in his Complaint that the Department of Veterans Affairs, the Social Security Administration, Congress and other government agencies are using code numbers to unjustly deny disability benefits to hundreds of thousands of disabled veterans.  Plaintiff states in his Application that he has $150 in savings and receives $910 per month through a "VA Pension."  Accordingly, the Court finds that Plaintiff has adequate funds to pay the necessary filing fee of $350.

IT IS THEREFORE ORDERED that Petitioner's Application [Doc. 1] is DENIED.

ENTERED this   29th   day of May, 2007.

                               s/ Joe Billy McDade
                                 Joe Billy McDade
                          United States District Judge