UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Alan Daryl Bishop, )
        Plaintiff )
         )
v. )        Case No. 07-1122
         )
United States of America, )
        Defendant )

### Report and Recommendation

On June 5, 2007, plaintiff's Petition to Proceed In Forma Pauperis was denied, and plaintiff was given until July 5, 2007, to pay the filing fee. That date has passed, and no fee has been paid. Accordingly, I recommend that this case be dismissed for failure to prosecute, pursuant to Fed.R.Civ.P. 41(b).

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk within ten (10) working days after service of this Report and Recommendation. Fed.R.Civ.P.72(b); 29 U.S.C.636 (b)(1). Failure to object will constitute a waiver of objections on appeal. Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

ENTER this 27th day of July 2007.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE