E-FILED
Tuesday, 09 October, 2007  03:04:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ALAN DARYL BISHOP, ) | |
| ) | |
| Plaintiff, ) | No. 07-1122 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is a Report and Recommendation by Magistrate Judge John A. Gorman. [Doc. 3.] Judge Gorman recommends that this case be dismissed for want of prosecution. Plaintiff has not responded to the Report and Recommendation within the required fourteen days. Furthermore, Plaintiff has not paid the required filing fee despite repeated warnings. Accordingly, this matter is dismissed for want of prosecution.

IT IS THEREFORE ORDERED that Judge Gorman's Report and Recommendation is ADOPTED. This case is DISMISSED for want of prosecution.

CASE TERMINATED.

ENTERED this  9th  day of October, 2007.

s/Joe Billy McDade
Joe Billy McDade
United States District Judge